JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARMEN JOHN PERRI,**<br><br>Plaintiff,<br><br>v.<br><br>**FIRST LA BREA, LLC and DOES 1–10,**<br><br>Defendants. | **Case No.: CV 21-02376-CJC (JCx)**<br><br>**JUDGMENT** |

This matter came before the Court on Plaintiff's application for default judgment. (Dkt. 17.) On June 2, 2021, the Court granted Plaintiff's application in substantial part. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff on his claim under the Americans with Disabilities Act. Defendant First La Brea, LLC shall provide accessible parking spaces—including by removing any built up curb ramp that projects from the sidewalk and into the access aisle, and ensuring curb ramps are not in excess of the maximum grade allowed by law—in compliance with the Americans with Disabilities Act Accessibility Guidelines at the

Popeyes located at located at 957 N La Brea Avenue, Inglewood, CA 90302. Plaintiff is awarded attorneys' fees in the amount of $1,800 and costs in the amount of $538.

DATED: June 2, 2021

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

CC: FISCAL